**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlton J Lewis,<br><br>    Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>    Defendants. | No. CV-17-04441-PHX-DLR (CDB)<br><br>**ORDER** |

    Before the Court are Plaintiff Carlton J Lewis' Motion to Amend/ Correct Complaint (Doc. 26) along with United States Magistrate Judge Camille D. Bibles' Report and Recommendation ("R&R") (Doc. 34). The R&R recommends that the Court deny Plaintiff's motion. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). "Unless this court has definite and firm conviction that the [Magistrate Judge] committed a clear error of judgment, [this court] will not disturb [the]

decision." *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990) (citation omitted).

The Court has nonetheless independently reviewed the R&R and finds that it is well-taken. The Court therefore will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Bibles' R&R (Doc. 34) is **ACCEPTED**. Plaintiff's Motion to Amend/Correct Complaint (Doc. 26) is **DENIED**.

Dated this 20th day of November, 2019.

Douglas L. Rayes
United States District Judge